AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida ▼

DANCOLY COSMETIQUE, a foreign company, and XIAMEN DANCOLY COSMETICS, CO., LTD. a foreign company,
)
)
)
)
)
*Plaintiff(s)*
)
v.
)
LE SECRET INC., a Florida corporation, and MAHMOOD JAMAL, an individual,
)
)
)
)
*Defendant(s)*
)

Civil Action No. 6:17 cv 3 orL 18 DCI

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* LE SECRET, INC. a Florida corporation by serving its Registered Agent
MAHMOOD JAMAL
7075 Kingspointe Parkway #117
Orlando, Florida 32819

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jeffrey P. Lieser, Esquire
LIESER SKAFF ALEXANDER, PLLC
403 North Howard Avenue
Tampa, Florida 33606
Email: jeff@lieserskaff.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: JAN -3 2017

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*